JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o DARIK ENTERPRISES,
INC.,

        Plaintiff,

      - against -

M/V ASIR, her engines, boilers, tackle, apparel, etc., *in rem*; HANJIN SHIPPING CO., LTD.; UNITED ARAB SHIPPING CO (S.A.G.) and APM TERMINALS, *in personam*,

        Defendants.
------------------------------------------------------------X



08 CIV 5266

RECEIVED JUN 09 2008 U.S.D.C. S.D.N.Y. CASHIERS

**FRCP RULE 7.1 DISCLOSURE STATEMENT**

    NOW comes plaintiff, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o DARIK ENTERPRISES, INC. and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

    ACE LIMITED (NYSE: ACL) is the publicly traded parent company of INDEMNITY INSURANCE COMPANY OF NORTH AMERICA. DARIK ENTERPRISES, INC. is not a publicly traded company.

Dated: New York, New York
       June 9, 2008
       115-926

                              CASEY & BARNETT, LLC
                              Attorneys for Plaintiff

                         By: /s/ Martin F. Casey
                              Martin F. Casey (MFC-1415)
                              317 Madison Avenue, 21st Floor
                              New York, NY 10017
                              (212) 286-0225