# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o Darik Enterprises, Inc.     Plaintiff,<br><br>-v-<br><br>M/V "ASIR", her engines, boilers, tackle, apparel, etc., in rem; HANJIN SHIPPING CO., LTD.; UNITED ARAB SHIPPING, et al.   Defendant. | Case No. 08 Civ. 5266 (PKC)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

UNITED ARAB SHIPPING COMPANY (S.A.G.)       (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:**   August 4, 2008

**Signature of Attorney**

**Attorney Bar Code:** DL 0460