FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
APMT TERMINALS
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael Fernandez (MF 4514)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x   08 CV 5266 (PKC)
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o DARIK ENTERPRISES,   **LOCAL RULE 7.1**
INC.,   **STATEMENT**

                      Plaintiff,

-against-

M/V ASIR, her engines, boilers, tackle, apparel, etc. *in rem;* HANJIN SHIPPING CO., LTD.; UNITED ARAB SHIPPING CO. (S.A.G.) and APMT TERMINALS, *in persona.*,

                      Defendants.
------------------------------------------------------------------x

      Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant APMT Terminals (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
       August 7, 2008.

                                      FREEHILL, HOGAN & MAHAR, LLP
                                      Attorneys for Defendants
                                      APMT TERMINAL

                                      _____
                                      Michael Fernandez (MF4514)

NYDOCS1/310248.1