UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Indemnity Insurance Co. of North America

                Plaintiff,

       -against-

M/V Asir, et al.

               Defendant.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 5266 (PKC)(MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | | ___ Social Security |
| _X_ | Settlement* The parties advise they would be Ready for a settlement conference _____ | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | Particular Motion:_____ |
| | | All such motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

                                                P. Kevin Castel
                                                United States District Judge

DATED: New York, New York
             August 8, 2008