```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
INDEMNITY INSURANCE COMPANY OF       :
NORTH AMERICA,
                                     :    ORDER
              Plaintiff,                  08 Civ. 5266 (PKC)(MHD)
                                     :
         -against-
                                     :

M/V ASIR, et al.,                    :

                                     :
              Defendants.            :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby

    ORDERED that a settlement conference has been scheduled in the above-captioned action on **WEDNESDAY, SEPTEMBER 17, 2008, at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
      August 18, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Martin F. Casey, Esq.
Casey & Barnett, LLC
317 Madison Avenue
21st Floor
New York, NY 10017

Randolph H. Donatelli, Esq.
Cichanowicz, Callan, Keane, Vengrow & Textor
61 Broadway, Suite 3000
New York, NY 10006

David Yita Loh, Esq.
Cozan O'Connor
45 Broadway Atrium
16th Floor
New York, NY 10006

Michael Fernandez, Esq.
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005

2