9171/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042

Attorneys for Defendant Hanjin Shipping Co. Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o DARIK ENTERPRISES, INC.<br><br>Plaintiff,<br><br>- against -<br><br>M/V ASIR, her engines, boilers, tackle, apparel, etc., *in rem*; HANJIN SHIPPING CO., LTD.; UNITED ARAB SHIPPING CO (S.A.G.) and APM TERMINALS, in personam,<br><br>Defendants. | 08 Civ. 5266 (PKC)<br><br>**ANSWER TO CROSS-CLAIMS** |

Defendant Hanjin Shipping Co. Ltd. ("Hanjin"), by its attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, answering the cross-claim of defendant APM Terminals, alleges upon information and belief as follows:

1. Denies the allegations of paragraph 43.

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 44.

3. Denies the allegations of paragraph 45.

4. Denies the allegations of paragraph 46.

WHEREFORE, Hanjin prays for:

(a) Judgment dismissing the cross-claim;

(b) An award of all costs including attorneys' fees; and

(c) Such other and further relief as this Court may deem just and proper.

Dated: New York, New York
August 25, 2008

                        Respectfully submitted,

                        CICHANOWICZ, CALLAN, KEANE,
                        VENGROW & TEXTOR, LLP
                        Attorneys for Defendant Hanjin Shipping Co. Ltd.

                        By: s/ Randolph H. Donatelli
                              Randolph H. Donatelli (RHD-5359)
                        61 Broadway, Suite 3000
                        New York, New York 10006-2802
                        (212) 344-7042

To:    Casey & Barnett, LLC
        317 Madison Avenue, 21st Floor
        New York, New York 10017
        (212) 286-0225

        Freehill, Hogan & Mahar
        80 Pine Street
        New York, New York 10005
        (212) 425-1900

        Cozen O'Connor
        45 Broadway, Suite 1600
        New York, New York
        (212) 509-9400

## CERTIFICATE OF SERVICE BY REGULAR U.S. MAIL AND BY ECF

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On August 25, 2008, I served a complete copy of Defendant Hanjin Shipping Co. Ltd.'s Answer to Cross-Claims, by regular U.S. mail and by ECF, to the following attorneys at their ECF registered address and at the following address:

To:   Casey & Barnett, LLC
      317 Madison Avenue, 21st Floor
      New York, New York 10017
      (212) 286-0225

      Freehill, Hogan & Mahar
      80 Pine Street
      New York, New York 10005
      (212) 425-1900

      Cozen O'Connor
      45 Broadway, Suite 1600
      New York, New York
      (212) 509-9400


                                            /s/ Jennifer Scianna
                                            Jennifer Scianna

DATED:    August 25, 2008
          New York, New York